FILED
APR 2 1 2022
Clerk, U S District Court
District Of Montana
Billings

PAULETTE L. STEWART
Assistant U.S. Attorney
U.S. Attorney's Office
901 Front Street, Suite 1100
Helena, Montana 59626
Phone: (406) 457-5120
FAX: (406) 457-5130
Email: paulette.stewart@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> MARCO ANTONIO CRUZ-SORIANO, *aka Rauel Baustillo Martinez, aka Jose Raul Perez, aka Valentin Perez, aka Valentin Trujillo Perez, aka Jose Raul Perez-Sanchez, aka Valentin Perez-Trujillo, aka Valentin Trujillo-Perez, aka Marcos Tulio-Cruz, aka Jose R. Perez,* <br><br> Defendant. | CR 22-26-GF-BMM <br><br> INDICTMENT <br><br> ILLEGAL REENTRY <br> Title 8 U.S.C. §§ 1326(a) and (b)(1) <br> (Penalty: Ten years of imprisonment, $250,000 fine, and three years of supervised release) |

THE GRAND JURY CHARGES:

That on or about March 30, 2022, at Shelby and within Toole County, in the State and District of Montana, the defendant, MARCO ANTONIO CRUZ-SORIANO, *aka Rauel Baustillo Martinez, aka Jose Raul Perez, aka Valentin Perez,*

aka Valentin Trujillo Perez, aka Jose Raul Perez-Sanchez, aka Valentin Perez-Trujillo, aka Valentin Trujillo-Perez, aka Marcos Tulio-Cruz, aka Jose R. Perez, an alien and citizen of Honduras, who had previously been deported and removed from the United States in August 2015, after being convicted of a felony offense in the United States District Court for the District of Utah on or about July 1, 2015, was thereafter found in the United States without having received express consent of the Secretary of Homeland Security to reapply for admission to the United States, in violation of 8 U.S.C. §§ 1326(a) and (b)(1).

A TRUE BILL.

Foreperson signature redacted.
Original document filed under seal.

_____
LEIF M. JOHNSON
United States Attorney

_____
JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

2

Crim. Summons _____
Warrant: USMS cust.
Bail: _____